**No. 61200.**—Beerfas & Birnbaum and William H. Emig et al. *v.* United States, protests 123381–K, etc. (New York).

Opinion by WILSON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was, therefore, sustained.